Opinion filed January 15, 1934. Rehearing denied January 29, 1934.

Thomas J. Courtney, State's Attorney, for appellants; Hayden N. Bell, Robert S. Cushman and Jacob Shamberg, Assistant State's Attorneys, of counsel. R. E. Blackwood, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

National Bond and Investment Company, defendant in error, v. Frank Tafel, Jr., plaintiff in error. Gen. No. 37,008.

Opinion filed January 15, 1934.

W. G. Anderson, for plaintiff in error. John W. Creekmur, Nolan H. Tepper and Milton Silberg, for defendant in error.

Mr. Justice McSurely delivered the opinion of the court.

Rusnak Brothers, Inc., appellant, v. H. A. MacTavish and Mrs. H. A. MacTavish, appellees. Gen. No. 37,035.

Opinion filed January 15, 1934.

Klayf & Sonnenschein, for appellant; Clyde C. Fisher, of counsel. No appearance for appellees.

Mr. Justice McSurely delivered the opinion of the court.

Cornelius Marks, appellee, v. Jones Transfer Company, appellant. Gen. No. 37,038.

Opinion filed January 15, 1934.

Joseph H. Hinshaw, for appellant; Oswell G. Treadway, of counsel. A. L. Williams, for appellee; George H. Sugrue, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

Virginia Thompson, a minor, by her next friend, James Thompson, appellee, v. Joseph Guaranguano and Jefferson Ice Company, defendants, on appeal of Jefferson Ice Company, appellant. Gen. No. 37,047.

 Opinion filed January 15, 1934. Rehearing denied January 27, 1934.

Sanders, Childs, Bobb & Wescott, for appellant; W. L. Bourland and F. M. Hartman, of counsel. Finn & Miller, for appellee.

Mr. Justice McSurely delivered the opinion of the court.